No. 71–227. UNITED STATES ET AL. *v.* ALLEGHENY-LUDLUM STEEL CORP. ET AL. Appeal from D. C. W. D. Pa. Probable jurisdiction noted.

No. 71–308. UNITED STATES *v.* BYRUM, EXECUTRIX. C. A. 6th Cir. Certiorari granted.

No. 71–322. THE BREMEN ET AL. *v.* ZAPATA OFF-SHORE CO. C. A. 5th Cir. Certiorari granted.

No. 70–5344. WILLIS *v.* PRUDENTIAL INSURANCE CO. OF AMERICA. Sup. Ct. Ga. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–5172. DUKES *v.* WARDEN, CONNECTICUT STATE PRISON. Sup. Ct. Conn. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 70–5248. WILLIAMS *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 70–5302. GARDNER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 70–5318. PILGRIM *v.* WOLFF, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 70–5329. KUPCZYK *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 70–5406. KAPELUS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.